IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYDRIC COLEMAN, ID # 37473-177, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CORRECTIONAL OFFICER, BOP COLEMAN II USP, | ) ) ) ) |
| Defendant. | ) Civil Action No. 3:17-CV-1643-C-BH |

## ORDER

In the Findings, Conclusions and Recommendation filed August 10, 2017, the Magistrate Judge recommends that the Court dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court. No timely objection to the Report and Recommendation was filed, nor did Plaintiff submit his complaint on the appropriate form with a filing fee or application to proceed *in forma pauperis*. After reviewing the Report and Recommendation, the Court finds that the findings and conclusions of the Magistrate Judge are correct and ADOPTS them as the findings and conclusions of the Court.

Accordingly, the Court finds that the above-styled and -numbered civil actions is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 17th day of November, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE